| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Toyota Lease Trust | Order Filed on July 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Elaine Mormando, Richard Mormando,<br><br>Debtors. | Case No.:  18-19241 MBK<br>Adv. No.:<br>Hearing Date:  7/10/18 @ 10:00 A.M.<br>Judge:  Michael B. Kaplan |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: July 17, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:     Elaine Mormando, Richard Mormando
Case No.:    18-19241 MBK
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Corporation, holder of a mortgage on property known as 2015 TOYOTA COROLLA, VIN: 2T1BURHE1FC471929, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and James J. Cerbone, Esquire, attorney for Debtor, Elaine Mormando & Richard Mormando, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the lease is assumed and Secured Creditor will be treated as unaffected by this plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.