UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2018-0799

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for Wells Fargo Bank, N.A.



**Order Filed on April 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Richard Mormando
Elaine Mormando

Case No.: 18-19241-MBK

Hearing Date: 04/23/2019

Judge: Honorable Michael B. Kaplan

Chapter: 13

### ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Richard Mormando and Elaine Mormando
Case No.: 18-19241-MBK
Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property commonly known as 14 Bellflower Drive, Lakewood, NJ 08701, as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall resume regular monthly mortgage payments starting on May 1, 2019.

2. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

3. The Mortgagee is awarded attorney's fees and costs in the amount of $681.00 in relation to the prosecution of the instant motion for relief to be collected and paid by th Standing Chapter 13 Trustee through the debtor's plan payments.

4. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.