Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−19241−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Mormando
14 Bellflower Drive
Lakewood, NJ 08701

Elaine Mormando
14 Bellflower Drive
Lakewood, NJ 08701

Social Security No.:
   xxx−xx−5346

xxx−xx−8032

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
   Debtor and Joint Debtor was entered on November 29, 2021.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from
the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11
U.S.C. § 109(g).

Dated: November 29, 2021
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Richard Mormando

Elaine Mormando

      Debtors

Case No. 18-19241-MBK

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2021 | Form ID: 148 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Mormando, 14 Bellflower Drive, Lakewood, NJ 08701-7363 |
| jdb | #+ | Elaine Mormando, 14 Bellflower Drive, Lakewood, NJ 08701-7363 |
| cr | + | WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO W, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517515749 | | Kohls, PO Box 2893, Milwaukee, WI 53201-2983 |
| 519256075 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519256076 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 518440569 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517556751 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517532784 | #+ | Wells Fargo Bank, N.A. Default Document Processing, 1000 Blue Gentian Road N9286-01Y, Eagan, MN 55121-1663 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 29 2021 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 29 2021 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517515743 | | EDI: AMEREXPR.COM | Nov 30 2021 01:48:00 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517549749 | | EDI: BECKLEE.COM | Nov 30 2021 01:48:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517515745 | | EDI: CAPITALONE.COM | Nov 30 2021 01:48:00 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 517630217 | | EDI: BL-BECKET.COM | Nov 30 2021 01:48:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517515748 | + | EDI: CITICORP.COM | Nov 30 2021 01:48:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517610102 | + | EDI: CITICORP.COM | Nov 30 2021 01:48:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517984649 | | EDI: Q3G.COM | Nov 30 2021 01:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517515746 | | EDI: JPMORGANCHASE | Nov 30 2021 01:48:00 | Chase, PO Box 15153, Wilmington, DE 19886 |

| 517636399 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2021 21:00:01 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517642494 | EDI: PRA.COM | Nov 30 2021 01:48:00 | Portfolio Recovery Associates, LLC, c/o Costco Wholesale, POB 41067, Norfolk VA 23541 |
| 517607259 | EDI: Q3G.COM | Nov 30 2021 01:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517515750 | EDI: RMSC.COM | Nov 30 2021 01:48:00 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 517516034 | + EDI: RMSC.COM | Nov 30 2021 01:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517515751 | + EDI: WFFC.COM | Nov 30 2021 01:48:00 | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 517515752 | + EDI: WFFC.COM | Nov 30 2021 01:48:00 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 517562379 | + EDI: WFFC.COM | Nov 30 2021 01:48:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 517584096 | EDI: WFFC.COM | Nov 30 2021 01:48:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517515753 | + EDI: WFFC.COM | Nov 30 2021 01:48:00 | Wells Fargo Bank, NV, NA, PO Box 31557, Billings, MT 59107-1557 |
| 517515754 | + EDI: WFFC.COM | Nov 30 2021 01:48:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517515744 | * | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517515747 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15153, Wilmington, DE 19886 |
| 518440570 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021        Signature:        /s/Joseph Speetjens

District/off: 0312-3

Date Rcvd: Nov 29, 2021

User: admin

Form ID: 148

Page 3 of 3

Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Richard Mormando cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Elaine Mormando cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 8