UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on November 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Richard Mormando
Elaine Mormando

                Debtor(s)

Case No.: 18-19241 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: November 29, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Certification of Default, and the Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of

United States Bankruptcy Court

District of New Jersey

In re: Case No. 18-19241-MBK
Richard Mormando Chapter 13
Elaine Mormando
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Nov 29, 2021     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Mormando, 14 Bellflower Drive, Lakewood, NJ 08701-7363 |
| jdb | #+ | Elaine Mormando, 14 Bellflower Drive, Lakewood, NJ 08701-7363 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Richard Mormando cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Elaine Mormando cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 29, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Kevin Gordon McDonald
    on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 8