UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ 08650-4853
609-587-6888
Standing Chapter 13 Trustee

In re:

Richard Mormando
Elaine Mormando

Debtors

Case No.: 18-19241 / MBK

Chapter: 13

Judge: Michael B. Kaplan

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the court in the amount of $118.00, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| Elaine Mormando - Debtor's Refund<br>14 Bellflower Drive<br>Lakewood, NJ 08701 | $118.00 |

DATED: 4/11/2022

/s/ Albert Russo
Albert Russo
Standing Chapter 13 Trustee