Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−19241−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard Mormando | Elaine Mormando |
| 14 Bellflower Drive | 14 Bellflower Drive |
| Lakewood, NJ 08701 | Lakewood, NJ 08701 |

Social Security No.:
  xxx−xx−5346                                                         xxx−xx−8032

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: June 16, 2022            Michael B. Kaplan
                                Judge, United States Bankruptcy Court